**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re

Deborah Franklin Morgan

                                          CHAPTER    13
                                          CASE NO.    8:18-bk-10254-CPM

         Debtor(s)
_____/

**NOTICE OF WITHDRAWAL OF NOTICE OF APPEARANCE ON BEHALF OF MTGLQ INVESTORS, LP AND REQUEST TO BE REMOVED FROM MAILING MATRIX BY KASS SHULER, P.A.**

      KASS SHULER, P.A. ("Firm"), by and through the undersigned attorney, hereby withdraws its previously filed Notice of Appearance (DE# 16) on behalf of MTGLQ INVESTORS, LP, ("Creditor"). The firm is no longer representing the Creditor in this case in regards to the following identified Collateral and Lien Position:

Property Address:      2728 BELLERIVE DR LAKELAND, FL 33803

Lien Priority:          First Mortgage

      1.      All further court pleadings and notices directed to the Creditor should be provided to:    SN Servicing Corporation

323 Fifth Street

Eureka, CA 95501

and the Creditor's Registered Agent for Service of Process as reflected in the records of the Florida Secretary of State until such time as the Creditor has obtained new counsel and such counsel has filed a Notice of Appearance in this case.

      2.      Jessica Hicks, of Kass Shuler, P.A. ("Attorney and Firm") hereby request removal from the mailing matrix in this case on behalf of the Creditor and requests that court notices no longer be provided via CM/ECF or otherwise to the Attorney and Firm in regards to this Creditor. The Attorney and Firm may be presently listed on the mailing matrix in regards to this Creditor with respect to another property or lien position and/or with respect to other Creditors in the instant case. The Attorney and Firm, should not be removed from CM/ECF in regards to these Creditors and is only requesting to be removed from the mailing matrix with respect to this Creditor in connection with the Property and lien position listed above.

/s/ Jessica Hicks
Jessica Hicks
Kass Shuler, P.A.
P.O. Box 800
Tampa, FL 33601
Phone: (813) 229-0900 Ext. 1465
Fax:    (813) 229-3323
jhicks@kasslaw.com
Florida Bar No. 1003462

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY THAT a true and correct copy of the foregoing was furnished on August 21, 2019, by U.S. Mail and/or electronic mail via CM/ECF to: Deborah Franklin Morgan, 2728 Bellerive Dr., Lakeland, FL 33803; Timothy I. Morgan at his/her place of abode, 2728 Bellerive Dr , Lakeland, FL 33803; Karen Gatto, Esq., 8270 Woodland Center Boulevard, Tampa, FL 33614; Jon Waage, Trustee, P.O. Box 25001, Bradenton, FL 34206-5001; MTGLQ INVESTORS, LP, c/o Rushmore Loan Management Services, LLC, P.O. Box 55004 Irvine, CA 92619-2708; SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501.

**Rule 7005-3**

**SERVICE BY ELECTRONIC MEANS UNDER RULE 5(b)(2)(D)**

    A party may make service under Rule 5 (b) (2) (D) of the Federal Rules of Civil Procedure through the Court's electronic transmission facilities if the party being served is a Filing User or otherwise consents in writing to electronic service.

                                                                    /s/ Jessica Hicks
                                                                    Jessica Hicks (x1465)

1702319B/mb